IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN T. BROWN, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-98-3330 |
| | * | |
| CSX TRANSPORTATION, ET AL. | * | |
| | ***** | |
| LARRY J. GORDON | * | |
| | * | |
| v. | * | Civil No. JFM-98-3615 |
| | * | |
| MARISA ROGERS, ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the memo to counsel being entered herewith, it is, this 22nd day of September 1999

ORDERED

1. The motion for summary judgment filed by defendant John Rogers is granted;

2. Judgment is entered in favor of defendant John Rogers against plaintiffs John Brown and Sherry Brown; and

3. Judgment is entered in favor of defendant John Rogers against plaintiff Larry Gordon.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge