UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

September 22, 1999

Memo to Counsel Re: John Brown, et al. v. CSX Transportation, Inc., et al.
Civil No. JFM-98-3330

Larry Gordon v. Marisa Rogers, et al.
Civil No. JFM-98-3615

SEP 2 2 1999
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Dear Counsel:

I have reviewed the papers submitted in connection with the motion for summary judgment filed by defendant John Rogers.

The motion is granted. Under Maryland law the mere fact that a driver has the permission to use a vehicle involved in an accident from the owner of the vehicle does not render the owner liable. There must be an agency relationship between the driver and the owner. If the purpose of the trip is not for the benefit of the owner, there is no agency relationship. See, e.g., Toscano v. Spriggs, 343 Md. 320, 681 A.2d 61 (1996).

In the present case there is no evidence on the summary judgment record from which a reasonable jury could infer that Marisa Rogers was acting as the agent for John Rogers. She had borrowed the car involved in the accident from her father so that she could go to a field hockey team dinner. She was not on any mission, business, or errand of Mr. Rogers at the time of the occurrence.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

