# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN BROWN, ET AL. | * | |
|     Plaintiff(s) | | |
| | * | |
| vs. | | Civil No.: JFM-98-3330 |
| | * | |
| CSX TRANSPORTATION, INC., ET AL. | * | |
|     Defendant(s) | | |
| | ****** | |
| LARRY GORDON | * | |
|     Plaintiff | | |
| | * | |
| vs. | | Civil No. JFM-98-3615 |
| | * | |
| CSX TRANSPORTATION, INC., ET AL. | * | |
|     Defendants(s) | * | |
| | ****** | |

_____FILED _____ENTERED
_____ _____RECEIVED

OCT - 4 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## SETTLEMENT ORDER
## (LOCAL RULE 111.1)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

U.S. District Court (Rev. 9/98)



MICROFILMED
OCT 5 1999



IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: October 4, 1999

/s/ J. Frederick Motz
United States District Judge